

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Adrian Figueroa Medina DEFENDANT(S). | CASE NUMBER 8:19-MJ-286 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday, April 12__, __2019__, at __1:30__ ☐ a.m. / ☑ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/10/19__

U.S. District Judge/Magistrate Judge

KAREN E. SCOTT